**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jose Martin Guzman-Pliego, Appellant.

Appellate Case No. 2023-000263

———

Appeal From Pickens County
Perry H. Gravely, Circuit Court Judge

———

Unpublished Opinion No. 2024-UP-334
Submitted September 1, 2024 – Filed October 2, 2024

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, and
Jose Martin Guzman-Pliego, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and
review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to
be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.